# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TIFFANY SCOTT** | **CIVIL ACTION** |
| **VERSUS** | |
| **MICHAEL J. ASTRUE COMMISSIONER OF SOCIAL SECURITY** | **NO.: 13-00091-BAJ-RLB** |

## RULING AND ORDER

On August 18, 2014, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court affirm the Commissioner of Social Security's decision redetermining that Plaintiff Tiffany Scott ("Scott") is no longer entitled to supplemental security income, and dismissing Scott's appeal, with prejudice. (Doc. 17.)

The Magistrate Judge's Report and Recommendation specifically notified Scott that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 17, p. 1.) A review of the record indicates that Scott failed to submit written objections.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the

Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 17)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Commissioner of Social Security's decision redetermining that Plaintiff Tiffany Scott is no longer entitled to supplemental security income is **AFFIRMED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 8th day of September, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**